

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah J. Bagoy-Skinner and Chester George Skinner, Jr., Wife and Husband<br><br>Plaintiff,<br><br>vs.<br><br>Fidelity National Title Agency, Inc., an Arizona Corporation; Fidelity National Management Services; Sheakley-Uniservice, Inc., an Ohio Corporation; Rhonda Karolzak and John Doe Karolzak, Wife and Husband; Sheila Fox and John Doe Fox, Wife and Husband; Teri Edmunds and John Doe Edmunds, Wife and Husband; Thomas Evans and Jane Doe Evans; Husband and Wife; William Foley and Jane Doe Foley, Husband and Wife; John Does 1-10; Jane Does 1-10 and ABC Corporations 1-10,<br><br>Defendant. | Case No.: CIV05-365-TUC-BPV<br><br>**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT** |

UPON A READING of the Stipulation for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Stipulation for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint is granted

QBTUC\340364.00009\165864.1

and Defendant Fidelity National Title Agency, Inc. is granted an extension up to and including June 16, 2005 to answer or otherwise plead to Plaintiffs' Complaint.

DONE IN OPEN COURT this ___ day of June, 2005.

_____
The Honorable Bernardo P. Velasco

COPY of the foregoing mailed via
U.S. mail this ____ day of June, 2005 to:

Randall Sammons, Esq.
4626 E. Ft. Lowell, Ste. P
Tucson, Arizona 85712
Attorney for Plaintiffs

Robert K. Jones, Esq.
Sandra J. Creta, Esq.
Timothy M. Medcoff, Esq.
QUARLES & BRADY STREICH LANG LLP
One S. Church Avenue, Ste. 1700
Tucson, AZ 85701
Attorneys for Defendant Fidelity National Title Agency, Inc.

_____